United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15853-mdc
Kian Jackson                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP              Page 1 of 2           Date Rcvd: Apr 18, 2019
                               Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db             +Kian Jackson,    2146 Homer Street,    Philadelphia, PA 19138-1934
14191896       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14191903       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14302048       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14273970       +Nationstar Mortgage d/b/a Mr. Cooper,    c/o Kevin S. Frankel, Esq.,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14191906       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14198848       +Pacific Union Financial,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Phildelphia, PS 19106-1541
14191907       +SCE (Southern California Edison),    Attn: Bankruptcy,    Po Box 800,    Rosemead, CA 91770-0800
14224829       +Southern California Edison,    1551 W. San Bernardino Rd.,    Covina, CA 91722-3407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 19 2019 02:48:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:51:12
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14191898        E-mail/Text: megan.harper@phila.gov Apr 19 2019 02:48:12     City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
14278270        E-mail/Text: megan.harper@phila.gov Apr 19 2019 02:48:13     City of Philadelphia,
                 Law Department   Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14191894       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:18     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14191895       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 19 2019 02:50:22
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14195740       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:50:20
                 Capital One Auto Finance div of Capital One, NA,    AIS Portfolio Services, LP,
                 c/o Rejoy Nalkara,    4515 N Santa Fe Ave. Dept APS,    Oklahoma City, OK 73118-7901
14194622       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:50:20
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14200803       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 19 2019 02:51:12
                 Capital One Auto Finance,Division of Capital One,    AIS Portfolio Services, LP,
                 4515 N. Santa Fe Ave., Dept APS,    Oklahoma City, OK 73118-7901
14191899        E-mail/Text: documentfiling@lciinc.com Apr 19 2019 02:47:19     Comcast Cable,    P.O. Box 3001,
                 Southeastern, PA 19398-3001
14191900       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 19 2019 02:50:49     Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14191902       +E-mail/Text: bknotice@ercbpo.com Apr 19 2019 02:48:01     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14228121        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2019 02:50:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14203622       +E-mail/Text: ecfbankruptcy@progleasing.com Apr 19 2019 02:48:04     NPRTO North-East, LLC,
                 256 West Data Drvie,    Draper, UT 84020-2315
14191904       +E-mail/Text: bankruptcy@loanpacific.com Apr 19 2019 02:48:41     Pacific Union Financial,
                 Attn: Bankruptcy,    1603 Lbj Freeway, Suite 500,    Farmers Branch, TX 75234-6071
14223063       +E-mail/Text: bankruptcy@loanpacific.com Apr 19 2019 02:48:41     Pacific Union Financial, LLC,
                 1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
14191905       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 19 2019 02:47:28     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14196793       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2019 02:51:17     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14191908        E-mail/Text: megan.harper@phila.gov Apr 19 2019 02:48:12     Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 21
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14191897*      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14191901*      +Credit One Bank,    Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Case 18-15853-mdc    Doc 29    Filed 04/20/19    Entered 04/21/19 00:58:36    Desc Imaged
Certificate of Notice    Page 2 of 4

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Apr 18, 2019
                              Form ID: pdf900          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor  Kian   Jackson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Kian Jackson                    :        Chapter 13

         Debtor(s)                       :        Bankruptcy No. 18-15853-MDC

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

This chapter 13 bankruptcy case is **DISMISSED**.

Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

Any wage orders previously entered are **VACATED**.

Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 4/18/2019

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE