IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Kian Jackson<br>Debtor | ) Chapter 13<br>)<br>) No. 18-15853-MDC<br>) |

CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                          /s/David M. Offen
                                          David M. Offen
                                          Attorney for Debtor

Date:5/23/19